UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | Case No. 2:13-cv-01561-MMD-NJK |
| Plaintiff, ) | ORDER DENYING MOTION FOR PROTECTIVE ORDER |
| vs. ) | |
| YOEL INY, et al., ) | (Docket No. 63) |
| Defendants. ) | |

Pending before the Court is Defendants' motion for a protective order. Docket No. 63. Generally, parties stipulate to a protective order and the Court believes they should be able to do so in this case.[1] Accordingly, the pending motion for a protective order is **DENIED** without prejudice. The Court **ORDERS** the parties to immediately confer regarding a stipulated protective order. The parties shall file a stipulated protective order or a request for a protective order outlining any disputes related thereto, no later than April 28, 2014.

IT IS SO ORDERED.

DATED: April 22, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Indeed, Plaintiff represents that it requested a draft of a proposed stipulated protective order from Defendants, but never received one. Docket No. 69, at 4.