1   Michael F. Lynch
    Nevada Bar No. 8555
2   Lynch Law Practice, PLLC
    8275 S. Eastern Avenue, Suite 200
3   Las Vegas, NV 89123
    Telephone:    (702) 413-8282 (direct)
4   Fax:          (702) 543-3279
    Michael@LynchLawPractice.com
5
6   Attorneys for Plaintiff Wells Fargo Bank, N.A.

7
            **IN THE UNITED STATES DISTRICT COURT**
8
            **FOR THE DISTRICT OF NEVADA**
9
    Wells Fargo Bank, National Association,        Case No. 2:13-cv-1561-MMD-NJK
10
                    Plaintiff,                     **JOINT INTERIM STATUS REPORT**
11
            vs.
12
    Yoel Iny and Tikva Iny, husband and wife;
13  Yoel Iny, as Trustee of the Y&T Iny Family
    Trust Agreement dated June 8, 1994; Noam
14  Schwartz and Rachel Elmalam, husband and
    wife; Noam Schwartz, as Trustee of the Noam
15  Schwartz Trust dated August 19, 1999; 613
    Investments, LLC, a Nevada limited liability
16  company; NST Holdings, Inc., as Trustee of
    the NS 1998 Family Trust; Rachel Schwartz,
17  as Trustee of the Leenoy Coreen Qualified
    Personal Retirement Trust; Triangle Trading
18  Ltd., a Nevada corporation; Haskel Iny; Nira
    Sayegh; and Does 1 through 100, inclusive,
19
                    Defendants.
20

21          Pursuant to Local Rule 26-3, the parties hereby submit an interim status report.

22  I.   **STATUS OF DISCOVERY.**

23      •   Plaintiff Wells Fargo Bank, N.A. has served requests for production and subpoenas

24          to third parties Defendants filed a Motion to Quash the Subpoenas and Motion for

25          Protective Order.  The Court denied Defendants' Motion to Quash. The Motion for

26          Protective Order was granted in part and denied in part.  The Magistrate Judge

27          ordered that only documents from 2009 needed to be produced given Plaintiff had

28          already agreed to that limitation.  The Magistrate Judge further ordered that the

    759016.1\0313491                        1

parties submit a joint stipulated protective order limiting the use and access of Defendants' financial information. .  To date, no documents have been provided to Wells Fargo pursuant to its requests for production and subpoenas. .

- Defendants noticed the Rule 30(b)(6) deposition of Wells Fargo for April 8, 1014. The deposition has now been re-noticed for May 14, 2014.  Defendants have served a first set of requests for production, and Plaintiff has served responses to the same. Defendants intend on propounding further written discovery and conducting depositions before the end of discovery.

- The parties have discussed the possibility of a global mediation concerning all of the pending litigation between them. The parties are amenable to such a mediation. Defendants proposed mediators, but, at this point, nothing has been scheduled.

II.  **PENDING MOTIONS.**

The following motions are fully brief and pending before the Court:

- Defendants' Motion for Summary Judgment [Dkt. 24]
- Defendant Ronnie Schwartz's Motion to Dismiss [Dkt. 38]
- Plaintiff's Motion for Leave to Amend Complaint [Dkt. 39]
- Defendants' Objection to Discovery Plan and Motion to Stay [Dkt. 49]
- Defendants' Emergency Motion to Set Hearing on Motion for Summary Judgment [Dkt. 50]

III. **ESTIMATED LENGTH OF TRIAL.**

A.  **Plaintiff's Statement.**

Wells Fargo estimates that the trial in this matter would take approximately five (5) court days to complete.  Counsel for Wells Fargo has available trial dates:  the week of September 22, 2014, the week of October 6, 2014, or the week of October 13, 2014, however, given the lack of any document production to date, it may be necessary to extend discovery in this matter, which may affect the date this case is ready for trial.

1   Wells Fargo intends to file a motion for summary judgment with respect to Defendants'

2   Counterclaim and the anticipated length of the trial could be reduced if Wells Fargo prevails on

3   that motion.

4   **B.    Defendants' Statement.**

5   Defendants estimate that the trial in this matter would take approximately five (5) court

6   days to complete.  Counsel for Defendants has available trial dates on the following:

7   • The week of September 15, 2014;

8   • The week of October 13, 2014; and

9   • The week of October 20, 2014.

10   The need for trial may be eliminated or its length affected by the motions filed by

11   Defendants.

12   Dated May ___12___, 2014.

13   **LYNCH LAW PRACTICE, PLLC**          **KOLESAR & LEATHAM**

14

15   Michael F. Lynch                      Randolph L. Howard, Esq.
     Nevada Bar No. 8555                   Nevada Bar No. 006688
16   8275 S. Eastern Avenue, Suite 200     E. Daniel Kidd, Esq.
     Las Vegas, NV 89123                   Nevada Bar No. 010106
17   702.413.8282 (direct)                 400 South Rampart Blvd., Suite 400
     702.543.3279 (fax)                    Las Vegas, Nevada 89145
18   Michael@LynchLawPractice.com          Telephone: (702) 362-7800
                                           Facsimile: (702) 362-9472
19   Attorneys for Wells Fargo Bank, N.A.  E-Mail:    rhoward@klnevada.com
                                                      dkidd@klnevada.com
20
                                           Attorneys for Defendants
21

22

23

24

25

26

27

28