**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | |
| Plaintiff(s), | Case No. 2:13-cv-01561-MMD-NJK |
| vs. | ORDER |
| YOEL INY, et al., | (Docket No. 115) |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend discovery deadlines.[1] Docket No. 115. The parties failed to attach Exhibits 1 and 2 that are referenced in the stipulation. The parties are **ORDERED** to file Exhibits 1 and 2, no later than 9:00 a.m. tomorrow, February 3, 2015.

IT IS SO ORDERED.

DATED: February 2, 2015

NANCY J. KOPPE
United States Magistrate Judge

---

[1] The stipulation also states that "[t]he parties have further agreed that Plaintiff shall have until February 16, 2015, to re-file its motion to compel." Docket No. 115, at 3. Pursuant to Local Rule 7-1(b), "[n]o stipulations relating to proceedings before the Court except those set forth in Fed. R. Civ. P. 29 shall be effective until approved by the Court."