BART K. LARSEN, ESQ.
Nevada Bar No. 008538
E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   blarsen@klnevada.com
          dkidd@klnevada.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Wells Fargo Bank, National Association, | CASE NO. 2:13-cv-01561-MMD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Yoel Iny and Tikva Iny, husband and wife; Yoel Iny, as Trustee of the Y&T Iny Family Trust Agreement dated June 8, 1994; Noam Schwartz and Rachel Elmalam, husband and wife; Noam Schwartz as Trustee of the Noam Schwartz Trust dated August 19, 1999; 613 Investments, LLC, a Nevada limited liability company; NST Holdings, Inc., as Trustee of the NS 1998 Family Trust; Rachel Schwartz, as Trustee of the Leenoy Coreen Qualified Personal Residence Trust; Triangle Trading Ltd., a Nevada corporation; Nira Sayegh as trustee of the Tikva Iny Personal Residence Trust dated September 18, 2009 and the Yoel Iny Personal Residence Trust dated September 18, 2009; and Does 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff WELLS FARGO BANK, NATIONAL ASSOCIATION ("Plaintiff") and Defendants YOEL INY and TIKYA INY, YOEL INY, as Trustee of the Y&T INY Family Trust Agreement dated June 8, 1994, NOAM SCHWARTZ and RACHEL ELMALAM, NOAM

SCHWARTZ as Trustee of the Noam Schwartz Trust dated August 19, 1999, 613 INVESTMENTS, LLC, NST HOLDINGS, INC., as Trustee of the NS 1998 Family Trust, RACHEL SCHWARTZ, as Trustee of the Leenoy Coreen Qualified Personal Retirement Trust, Triangle Trading, Ltd., TRIANGLE TRADING LTD., and NIRA SAYEGH as trustee of the Tikva Iny Personal Residence Trust dated September 18, 2009 and the Yoel Iny Personal Residence Trust dated September 18, 2009 ("Defendants") by and through their respective attorneys of record, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 3rd day of September, 2015.                Dated this 3rd day of September, 2015.

**BRYAN CAVE, LLP**                                   **KOLESAR & LEATHAM**

*/s/ Jacob A. Maskovich, Esq.*                        */s/ Bart K. Larsen, Esq.*
JACOB A. MASKOVICH, ESQ. (Pro Hac Vice)               BART K. LARSEN, ESQ.
Two N. Central Avenue, Suite 2200                     E. DANIEL KIDD, ESQ.
Phoenix, AZ 85004-4406                                400 South Rampart Boulevard, Suite 400
   -   and –                                          Las Vegas, Nevada  89145
MICHAEL F. LYNCH, ESQ.
LYNCH LAW PRACTICE, PLLC                              *Attorneys for Defendants*
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this Case No. 2:13-cv-01561-MMD-NJK is dismissed in its entirety and with prejudice, with each party to bear its own fees and costs.

DATED this __3rd__ day of __September_____, 2015.

_____
UNITED STATES DISTRICT JUDGE

1941157 (8237-23)                                     Page 2 of 2